UNITED STATES of America,
Plaintiff–Appellee,

v.

Joe Lewis BLACKWELL, Jr.,
Defendant–Appellant.

No. 13–7226.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 19, 2013.

Decided: Dec. 23, 2013.

Joe Lewis Blackwell, Jr., Appellant Pro Se. Clifton Thomas Barrett, Robert Michael Hamilton, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Lewis Blackwell, Jr., appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no abuse of discretion by the district court. Accordingly, we affirm for the reasons stated by the district court. *United States v. Blackwell*, No. 2:96–cr–00109–JAB–1, 2013 WL 3766522 (M.D.N.C. July 16, 2013). We deny Blackwell's motion for appointment of counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*